```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DONNA M. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV554 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The defendant's unopposed Motion for Extension of Time to Respond to the Plaintiff's Brief, filing 18, is granted. The defendant's brief shall be filed on or before June 2, 2006. Any reply brief shall be filed on or before June 16, 2006.

DATED this 4th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge