IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA M. GRAHAM, | ) | 8:05CV554 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Filing 24.) Plaintiff requests fees in the total amount of $3,380.00, to be paid to her attorney, which represents 20.8 hours of work by her attorney, at an average hourly rate of $162.50.[1] Defendant does not oppose Plaintiff's application, and also requests that payment be made to Plaintiff's attorney. See filing 26.

The court has determined that Plaintiff was indeed the prevailing party in this action, as the Commissioner's decision was reversed and matter remanded for further proceedings; that the application for fees was filed in a timely fashion; and that the position of the Commissioner was not substantially justified. Plaintiff therefore is entitled to an award of reasonable attorney fees.

Accordingly,

---

[1] This average hourly rate equals the statutory maximum of $125.00, adjusted on a monthly basis to account for inflation since March 1996.

IT IS ORDERED that:

1.	Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (filing 24) is granted.

2.	By separate document, the court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $3,380.00.

3.	Payment of the attorney fee award shall be made to Plaintiff's attorney, Mary P. Clarkson.

DATED:  August 21, 2006

                                    BY THE COURT

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge